IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NIQUA BROWN,

    Defendant.

CRIMINAL ACTION NO.
1:12-cr-0200-AT-JFK-4

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation as to Defendant Niqua Brown's motion for severance of counts [Doc. 79]. The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Defendant Brown's motion for severance of counts [Doc. 67].

It is so **ORDERED** this 13th day of November, 2012.

_/s/ Amy Totenberg_
Amy Totenberg
United States District Judge